## Hawthorns' Appeal.

**Decree fixing rights of distributees sustained.**

(Decided January 4, 1886.)

From a decree of the Court of Common Pleas, No. 1, of Allegheny County. Affirmed.

*John S. Ferguson* (Pittsburgh) and *J. C. Dicken* for appellants.

*A. M. Imbrie* for appellees.

PER CURIAM:

The appellants received as large a share of the fund as can be given to them without doing injustice to the other claimants. The whole sum for distribution is fixed. The other claimants have not been decreed any more than they are severally entitled to receive. The appellants are entitled to the residue only.

Judgment affirmed and appeal dismissed, at the costs of the appellants.